IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CURTIS LEE HENDERSON, SR.,

        Plaintiff,

  v.

JEFFREY A. HOLZ,

        Defendant.

_____/

No. C 07-00909 SBA (PR)

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

     This a civil rights case brought pro se by a prisoner at Kern Valley State Prison. It was removed to this Court by Defendant. Before the Court is Plaintiff's requests for leave to file an amended complaint. No responsive pleading has been filed in this case; in fact, pursuant to 42 U.S.C. § 1997e(g), Defendant has waived the right to file a response unless ordered to do so.

     Federal Rule of Civil Procedure 15(a) provides that a party may amend once as of right before a responsive pleading is served, "or, if the pleading is one to which no responsive pleading is permitted . . . the party may so amend it at any time within 20 days after it is served." Fed. R. Civ. P. 15(a). The complaint in the instant case is not a pleading as to which "no responsive pleading is **permitted**," id. (emphasis added); rather, it is one as to which a responsive pleading is permitted, but as to which Defendant has decided to waive his right to respond pursuant to 42 U.S.C. § 1997e(g). Therefore, Plaintiff's amendment is timely.

     Accordingly, Plaintiff's motion for leave to amend is GRANTED. The Clerk of the Court is directed to file the document attached to Plaintiff's motion, which is labeled "First Amended Complaint," and docket the aforementioned document as Plaintiff's "First Amended Complaint." The Clerk is further directed to mark the First Amended Complaint as filed on October 9, 2007, the date it was received by the Court. The Court will review Plaintiff's First Amended Complaint in a separate written Order. This Order terminates Docket no. 13.

     IT IS SO ORDERED.

DATED: _7/3/08_

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

1

2  UNITED STATES DISTRICT COURT
   FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

4  CURTIS LEE HENDERSON,
                                           Case Number: CV07-00909 SBA
5              Plaintiff,
                                           **CERTIFICATE OF SERVICE**
6     v.

7  JEFFREY A HOLZ et al,

8              Defendant.
   _____/

9

10 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
   Court, Northern District of California.

11

12 That on July 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
   envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
13 located in the Clerk's office.

14

15 Curtis Lee Henderson H-43488
   Kern Valley State Prison
16 P.O. Box 5101
   Delano,  CA 93216
17

18 Dated: July 7, 2008

19                                    Richard W. Wieking, Clerk
                                      By: LISA R CLARK, Deputy Clerk
20

21

22

23

24

25

26

27

28

P:\PRO-SE\SBA\CR.07\Henderson0909.grantAMEND.wpd

**United States District Court**
For the Northern District of California